

FILED'09 JUN 18 10:25USDC-ORP

WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

ORIGINAL

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
carmen.flores@eeoc.gov
Tel: (206) 220-6853
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. CV'09-690-- PK |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| WILLAMETTE TREE WHOLESALE, INC. | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation,

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

and to provide appropriate relief to Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos and similarly situated individuals who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Willamette Tree Wholesale, Inc. ("Willamette Tree" or "defendant") subjected Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, and a class of similarly situated female employees to a hostile work environment because of sex. The EEOC further alleges that Willamette Tree retaliated against Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos and a class of similarly situated individuals for complaining about the hostile work environment, leading to their termination. Plaintiff seeks monetary and injunctive relief for Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos and similarly situated individuals, including pecuniary and nonpecuniary compensatory damages and punitive damages. The EEOC further seeks back pay with prejudgment interest, front pay or reinstatement, and other affirmative relief as necessary, for similarly-situated individuals.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Willamette Tree has been a corporation continuously doing business in the state of Oregon and have continuously had at least 15 employees.

5. At all relevant times, defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, charging parties filed charges with the Commission alleging violations of Title VII by defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least June 2006 through March 2008, Willamette Tree engaged in unlawful employment practices at its Molalla, Oregon facility in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices through the following actions: (1) subjecting Emiteria Cortez-Bustos, Floriberta Cortes-Bustos and other similarly situated female employees to a hostile work environment because of their sex, female; and (2) retaliating against Emiteria Cortes-Bustos, Floriberta Cortes-Bustos,

COMPLAINT- Page 3 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Eduardo Crispin-Zuniga, Isaac Cortes-Bustos and similarly situated individuals for their complaints and opposition to the hostile work environment by terminating them.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos, and similarly situated individuals of equal employment opportunities and otherwise adversely affect their status as an employees of Willamette Tree because of sex and in retaliation for engaging in statutorily protected activity.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of the charging parties.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with them, from engaging in any employment practices which discriminate on the basis of sex or retaliate against any individual for engaging in protected EEO activity.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

C.   Order defendant to make whole Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos, and similarly situated individuals by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.   Order defendant to make whole Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos, and similarly situated individuals by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.   Order defendant to pay Emiteria Cortes-Bustos, Floriberta Cortes-Bustos, Eduardo Crispin-Zuniga, Isaac Cortes-Bustos, and similarly situated individuals punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F.   Order defendant to make whole such similarly situated individuals by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, front pay or reinstatement, and other affirmative relief necessary to eradicate the effects of their unlawful employment practice.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

COMPLAINT- Page 5 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 17th day of June, 2009.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |
| BY: *[signature]*<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6853<br>Facsimile (206) 220-6911 | Office of the General Counsel<br>131 M Street, NE<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882